UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 13-20928

CHARLES JAMES MILLER,

    Defendant.
                                                   /

**ORDER SETTING BRIEFING SCHEDULE**

On June 25, 2014, the Supreme Court issued an opinion in *Riley v. California*, No. 13-132 (U.S. June 25, 2014), and *United States v. Wurie*, No. 13-212 (U.S. June 25, 2014). With this recent development in mind, the court requests additional analysis on how the Supreme Court's decision may affect the present case. Accordingly,

IT IS ORDERED that Defendant will file a brief, no longer than ten pages, addressing the Supreme Court decision in *Riley v. California* and *United States v. Wurie* by **July 9, 2014**. The government will file a response of no more than ten pages by **July 16, 2014**

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: June 27, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2014, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522