**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 13-20928

CHARLES JAMES MILLER,

    Defendant.
                                          /

**ORDER GRANTING MOTION TO SEVER AND SETTING DATES**

Pending before the court is a Motion to Sever Counts One Through Three from Counts Four Through Six (Dkt. # 35) and a Motion for Leave to File an Additional Pretrial Motion (Dkt. # 36), both filed by Defendant Charles Miller on September 19, 2014. The government has consented to the filing of the Motion to Sever out of time and has agreed to the severance (Dkt. # 40). During an October 21, 2014 conference, the parties further indicated that they would attempt to stipulate to an appropriate Speedy Trial exclusion. Accordingly,

IT IS ORDERED that Defendant's Motion to Sever Counts One Through Three from Counts Four Through Six (Dkt. # 35) and Motion for Leave to File an Additional Pretrial Motion (Dkt. # 36) are GRANTED.

IT IS FURTHER ORDERED that the parties shall consult regarding an extension of the Speedy Trial time and submit any stipulated proposed order by **October 27, 2014 at 5:00 p.m.**

IT IS FURTHER ORDERED that the parties shall appear for a telephone conference on **November 14, 2014 at 11:00 am.**

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  October 24, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 24, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522