UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,                               CRIMINAL NO. 13-20928

v.                                               HON. ROBERT H. CLELAND

D-1  CHARLES JAMES MILLER,
    Defendant.
_____/

## ORDER EXTENDING TRIAL DATE AND FINDING EXCLUDABLE DELAY

UPON this Court's consideration of the uncontested motion filed by the government on November 26, 2014, and the Court finding that good cause exists for the extension of time to allow the government and defense to review newly discovered evidence and prepare for trial,

IT IS HEREBY ORDERED that the government's uncontested motion is granted.

IT IS FURTHER ORDERED that the time period from November 26, 2014, until December 26, 2014, shall be excluded in calculating the time within which the defendant has a right to a speedy and public trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h).  The Court further finds that such a delay is necessary to permit the parties to prepare for trial, as the First Superseding Indictment included new charges based on newly discovered evidence.  The ends of justice are best

served by granting a continuance in this case, and these ends outweigh the interest of the public and the defendant in a speedy and public trial and that any delay occasioned by this adjournment shall be deemed excludable under the Speedy Trial Act.

IT IS SO ORDERED.

                                                s/Robert H. Cleland
                                                HONORABLE ROBERT H. CLELAND
                                                United States District Judge

Entered: December 11, 2014